IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| ―――――――――――――――― | ) | Case No. 90-932 |
| | ) | |
| Brownie N Inman | | |
| Identified member of the class | ) | Adversary No. 99-412 (MFW) |
| of LPP CLAIMANTS, | ) | |
| | ) | re: Docket No. 454 |
| | ) | |
| v. | ) | Appeal No. 90-00932 |
| | ) | |
| JAMES BALDRIDGE, WILLIAM MANN | ) | |
| and LARRY DUNN. | ) | |
| Representatives of the LPP CLAIMANTS, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CONTINENTAL AIRLINES, INC. | ) | |
| Debtor | ) | |
| | ) | |
| ―――――――――――――――― | ) | |

## DESIGNATION  OF DOCUMENTS

I, Brownie N Inman, in accordance with Bankruptcy Rule 8006 petition this

Court, the debtor and the class representatives the following records to be

produced and forwarded for this appeal.

1.    Request Continental produce the Ms. Edna Smith affidavit, docket #

72, in the adversary proceeding 99-412, page 2, para 3 (a) testifies of 5000

proofs of LPP claims.  Please forward those 5000 names, alphabetically or in

seniority order.  Furthermore, in the same affidavit Edna Smith testifies that

she makes a list to be used to reconcile with Class Counsel's submissions.
Please produce the list she used.

2.   Adversary Proceeding A-99-412, Page 4, requires eligible pilots to be
"members of Eastern's flight deck collective bargaining unit". Request
Continental provide the names of those pilots who were members of the
flight deck collective bargaining unit who were active at the date of
shutdown.

3.   Adversary Proceeding No A-99-412, Page 5, para 6, Class Counsel
discovered 248 persons not previously identified. Class Representatives
should produce any documentation to substantiate this claim. Additionally,
the B list (those 248) should be produced by Class Representatives, as well
as documentation as to those who were actually contacted and who actually
received the settlement, by name, if any.

4.   Adversary Proceeding No 99-412, page 4, para 3. Class Representatives
should provide the Motion to Clarify and all supporting documentation
which led to "newhire" pilots being eliminated from the Class Settlement.
"Proofs of Claim filed by ALPA for enforcement of LPPs against CAL
excluded the "newhire" pilots etc etc" Continental should provide an
example of those "Proofs of Claim".

5.   The Class was certified on Feb 3, 2000. Seventeen months later the

Court Granted the Class Settlement by requiring LPP Claimants be on the Nov 1990 Alphabetical Seniority List. Adversary Proceeding A-99-412, page 4, para 4 keeps referring to a Seniority List that has never existed, ie., the Nov 1990 Alphabetical List. Request Continental legal, Class Counsel, and Class Representatives provide any documentation why they have continued to pretend there is such a list when one has never existed, and why, as officers of the court, they induced a trusting Bankruptcy Judge, relying on their integrity to sign a ridiculous settlement order (using that fantasy list) that had no basis in objective reality.

6.  Adversary Proceeding A-99-412 page 6, first sentence, "the entire Nov 1990 Seniority List consisting of 3,387 persons". Class Representatives should provide that list.

7.  Numerous "newhires" such as Brownie Inman, Peter Neumann, and Terry Philips received a settlement offering while simultaneously the entire subset of "newhires" was deleted as per Adversary Proceeding No A-99-412. Class Counsel and Class Representatives should provide documentation why this was possible.

8  In October 1998 Class Counsel and Class Representatives negotiated an agreement with Continental which allowed them to litigate on behalf of all LPP Claimants etc etc. Class Representatives should provide any

3

documentation to this agreement and if a Class Action was also agreed to at that time.

9    Class Representatives should provide any documentation that they communicated to the Court that they had access to approximately two million dollars provided by the members of Eastern Pilots for Fairness, which was used to pay their expenses and the legal costs of the Class Counsel.

Sept 2, 2006

Brownie N Inman, *Pro Se*
18905 SW 128 Ct
Miami Fl 33177
3052546648
3058015227