IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

2006 SEP -8  AM 10: 52

| | |
|---|---|
| In re<br>CONTINENTAL AIRLINES, INC.,<br><br>_____ | ) Chapter 11<br>)<br>)<br>)<br>) Case No. 90-932<br>) |
| Brownie N Inman<br>Identified member of the class<br>of LPP CLAIMANTS,<br><br>v.<br><br>JAMES BALDRIDGE, WILLIAM MANN<br>and LARRY DUNN.<br>Representatives of the LPP CLAIMANTS,<br><br>and<br><br>CONTINENTAL AIRLINES, INC.<br>Debtor<br>_____ | )<br>) Adversary No. 99-412 (MFW)<br>)<br>) re: Docket No. 454<br>)<br>) Appeal No 90-00932<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STATEMENT ON APPEAL

I, Brownie N. Inman, in accordance with Bankruptcy Rule 8006, petition an appeal as a result of this Court's failure to reopen this case when overwhelming evidence in the record has been pointed out (sadly ignored by this Court) proving that the Settlement Agreement is a deceptive and misleading mechanism to defraud a majority of LPP Claimants of the settlement which this Court has otherwise recognized and wisely allowed.

Approximately 1500 LPP Claimants have not received the settlement to which they are entitled either by the lack of notification by Class Counsel and Representatives or by elimination of consideration by misdirection.

18 USC § 152 and § 157 explicitly prohibits any party to conduct false and/or fraudulent statements, representation, declaration, conceal documents and falsify recorded information in a title 11 proceedings.

Sept 2, 2006

*[signature]*

Brownie N Inman, *Pro Se*
18905 SW 128 Ct
Miami, Fl. 33177
(305) 801-5227
(305) 254-6648