IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| CONTINENTAL AIRLINES, INC., et. al ) | |
| ) | |
| Debtor ) | |
| ) | Case No. 90-932 & 90-933 (MFW) |
| ) | |
| **Brownie N Inman** ) | Civil Action No. 06-569 (SLR) |
| ) | |
| Appellant ) | |
| v. ) | |
| ) | |
| ) | |
| JAMES BALDRIDGE, WILLIAM MANN ) | |
| and LARRY DUNN. ) | |
| Representatives of the LPP CLAIMANTS, ) | |
| ) | SEP 2 9 2006 |
| and ) | |
| ) | |
| CONTINENTAL AIRLINES, INC. ) | |
| ) | |
| Appellees, ) | |
| ) | |
| ) | |

MOTION OF OBJECTION FOR AN ORDER EXCUSING THE PARTIES
FROM THE MEDIATION REQUIREMENT OF THIS COURT'S
JULY 23, 2004 STANDING ORDER

1.   I, Brownie N. Inman, object to the **MOTION FOR AN ORDER**

**EXCUSING THE PARTIES FROM THE MEDIATION REQUIREMENT OF**

**THIS COURT'S STANDING ORDER** for the following reason:

This Court's July 23, 2004 order demands mandatory mediation

procedures shall apply to all appeals to this Court from the Bankruptcy

Court. There is no reason to bypass standard procedure.

*[signature: Brownie N Inman]*

Brownie N Inman  Pro Se
18905 SW 128 Ct
Miami Fl 33177
305-2546648  H
305-8015227  C
EAL 39753

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| CONTINENTAL AIRLINES, INC., et. al ) | |
| ) | |
| Debtor ) | |
| ) | Case No. 90-932 & 90-933 (MFW) |
| ) | |
| **Brownie N Inman** ) | Civil Action No. 06-569 (SLR) |
| ) | |
| Appellant ) | |
| v. ) | |
| ) | |
| JAMES BALDRIDGE, WILLIAM MANN ) | |
| and LARRY DUNN. ) | |
| Representatives of the LPP CLAIMANTS, ) | |
| ) | |
| and ) | |
| ) | |
| CONTINENTAL AIRLINES, INC. ) | |
| ) | |
| Appellees, ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Brownie N. Inman, certify that I am not less than 18 years of age, and that service of the **MOTION OF OBJECTION FOR AN ORDER EXCUSING THE PARTIES FROM THE MEDIATION REQUIREMENT OF THIS COURT'S JULY 23, 2004 STANDING ORDER** was made on September 29, 2006, upon the attached service list by first class mail, unless otherwise specified.

Under penalty of perjury, I declare that the foregoing is true and correct.

*[signature: Brownie N Inman]*

Brownie N Inman, *Pro Se*
EAL # 39753
Phone # 305-254-6648

Counsel for Continental Airlines:
Robert Brady, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17 Floor
Wilmington, DE 19801
(302) 571-6600


Counsel for LPP Claimants:
Bruce Jameson, Esq.
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE 19801
(3020 888-6532


United States District Court
For the District of Delaware
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519
302-573-6170