IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                      )    Chapter 11
                                           )
CONTINENTAL AIRLINES, INC.,                )    Case No. 90-932 & 90-933 (MFW)
et al.                                     )
                                           )    Jointly Administered
                                           )
                    Debtor.                )
---------------------------------------------------------------x
                                           )
RAMON E. O'NEILL                           )    Civil Action No. 06-568 (SLR)
                                           )
BROWNIE N. INMAN                           )    Civil Action No. 06-569 (SLR)
                                           )
J. TRIGG ADAMS                             )    Civil Action No. 06-570 (SLR)
                                           )
             Appellants,                   )
                                           )
        v.                                 )
                                           )
                                           )
                                           )
CONTINENTAL AIRLINES, INC., et al.         )
                                           )
             Appellees,                    )
                                           )
---------------------------------------------------------------x

**ORDER (I) EXCUSING THE PARTIES FROM THE MEDIATION
REQUIREMENTS OF THIS COURT'S JULY 23, 2004 STANDING
ORDER, AND (II) CONSOLIDATING THE APPEALS FOR
BRIEFING, MOTION PRACTICE AND ARGUMENT PURPOSES**

Upon consideration of Continental Airline, Inc.'s *(I) Motion for an Order Excusing the Parties from the Mediation Requirements of this Court's July 23, 2006 Standing Order, and (II) Unopposed Motion for an Order Consolidating the Appeals for Briefing, Motion Practice and Argument Purposes* (the "Motion"); and it appearing that due and adequate notice of the Motion having been given under the circumstances; and no opposition appearing thereto or

any such opposition having been considered and overruled by the Court; IT IS HEREBY ORDERED this 17th day of January, 2007, that:

1. The parties are excused from the mediation requirements of this Court's July 23, 2004 Standing Order.

2. Civil Action Nos. 06-568 through 06-570 (collectively, the "Appeals") shall be, and hereby are, consolidated under Civil Action No. 06-568 for briefing, motion practices and argument purposes.

3. Any document filed with this Court in connection with the Appeals shall be filed in Civil Action No. 06-568.

Dated: 1/17, 2007
Wilmington, Delaware

_____
Sue L. Robinson
Chief United States District Judge